# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Raymond and Hope Champagne,<br><br>  Plaintiffs,<br>    v.<br><br>Viking Collection Service, Inc.; and DOES 1-10, inclusive,<br><br>  Defendant. | Civil Action No.: 2:11-cv-00266-JAW |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Raymond and Hope Champagne ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 23, 2011

Respectfully submitted,

By   /s/ Edwinna Vanderzanden

Edwinna Vanderzanden, Esq.
Maine Bar # 002910
Evanderzanden@gss-lawyers.com
Getman, Schulthess & Steere
3 Executive Park Drive, Suite 9
Bedford, NH 03110
(603) 634-4300


**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maine Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By  /s/ Edwinna Vanderzanden

               Edwinna Vanderzanden